192 So. 912

**I. B. CARROLL v. STATE.**

8 Div. 927.

Court of Appeals of Alabama.
Nov. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.